**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| KAMILAH WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:22cv434 |
| | ) | |
| NATIONAL GEOSPATIAL AGENCY, | ) | (Formerly Fairfax Circuit Court No. |
| | ) | 2022-0004060) |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

TO:    Clerk of the Court
Fairfax County Circuit Court
4110 Chain Bridge Road
Fairfax, Virginia  22030

Kamilah Williams
7911 Westpark Drive, Apt. 915
McLean, Virginia  22150
*Plaintiff, proceeding pro se*

PLEASE TAKE NOTICE that on April 20, 2022, the National Geospatial Intelligence

Agency ("NGA"), through its undersigned counsel, filed with the Clerk of the United States

District Court for the Eastern District of Virginia (Alexandria Division), the instant notice of the

removal of this matter from the Fairfax County Circuit Court to this Court.  As grounds for this

removal, the United States provides as follows:

1.    Plaintiff's complaint in this action alleges that after she reported to the NGA

Police that the Fairfax County Police Department had been accessing NGA cameras, the NGA

Police "started harassing" her "at work and [at] home in various forms" that she will "explain[]

in detail" (presumably at another time).  *Complaint* (attached as Ex. A), ¶¶1-2.  The only specific

action that plaintiff alleges that NGA took against her is "threaten[ing]" and "turn[ing] off" "her

work badge . . . while [she] was on LWOP for approved reasons due to health issues." *Id.* ¶2. Based on this allegation, plaintiff appears to assert various claims sounding in employment discrimination and common law tort. *Id.* ¶3.

2.      The National Geospatial Intelligence Agency "is a combat support agency of the [United States] Department of Defense."  10 U.S.C. § 441(a).  Accordingly, this action is removable pursuant to 28 U.S.C. § 1442, which authorizes removal to the relevant federal district court of "[a] civil action . . . that is commenced in a State court and that is against or directed to," *inter alia*, "[t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office."  28 U.S.C. § 1442(a)(1).

3.      Fairfax County lies within the jurisdiction of this Court.  *See id.* § 127(a).

4.      Attached to this notice of removal (as Exhibit A) is plaintiff's complaint, and the summons served on NGA, which constitute all papers filed in this action of which NGA is aware.

5.      A copy of this Notice of Removal is being filed with the Clerk of the Fairfax County Circuit Court pursuant to 28 U.S.C. § 1446(d).

///

///

- 3 -

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:        _____/s/_____
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3891
Fax:      (703) 299-3983
Email:  dennis.barghaan@usdoj.gov

DATE: April 20, 2022        ATTORNEYS FOR DEFENDANT

- 3 -

**CERTIFICATE OF SERVICE**

       I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will transmit a true and correct copy of the same to the following by first-class mail:

Kamilah Williams
7911 Westpark Drive, Apt. 915
McLean, Virginia  22150

Date: April 20, 2022

                                _____/s/_____
                                DENNIS C. BARGHAAN, JR.
                                Assistant U.S. Attorney
                                2100 Jamieson Avenue
                                Alexandria, Virginia 22314
                                Telephone: (703) 299-3891
                                Fax:       (703) 299-3983
                                Email:  dennis.barghaan@usdoj.gov

                                ATTORNEYS FOR DEFENDANT

- 4 -
