# EXHIBIT

# A

COMMONWEALTH OF VIRGINIA
### *CIRCUIT COURT OF FAIRFAX COUNTY*
**4110 CHAIN BRIDGE ROAD**
**FAIRFAX, VIRGINIA 22030**
**703-691-7320**
**(Press 3, Press 1)**

**Kamilah Williams vs. National Geospatial Agency**

**CL-2022-0004060**

**TO:   National Geospatial Agency**
      **Legal Office**
      **7500 Geoint Drive**
      **Springfield, VA 22150**

### SUMMONS – CIVIL ACTION

**The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.**

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

**Done in the name of the Commonwealth of Virginia, on March 28, 2022.**

**JOHN T. FREY, CLERK**

**By:** *Christine M. Dillon*
           **Deputy Clerk**

**Plaintiff's Attorney:   Pro Se**

Virginia:

### IN THE CIRCUIT COURT OF FAIRFAX COUNTY

FILED
CIVIL INTAKE

2022 MAR 25 PM 2: 37

JOHN T FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

Kamilah Williams
*7911 Westpark Drive, Apt 915*
*Mclean, VA 22102*
Vs.

CL- **2022   04060**

National Geospatial Agency / *Legal Office*
*7500 Geoint Drive*
*Springfield, VA 22150*

<u>Complaint</u>

1.  I reported an issue to the NGA Police about Fairfax County Police accessing National Geospatial Agency cameras and their systems and there being an issue in the apartment building where I live at in Mclean, Virginia in which Fairfax County Police Department was investigating with the apartment buildings office.

2.  Once I reported the issue to the National Geospatial Police they started harassing me. They threatened my work badge and turned it off while I was on LWOP for approved reasons due to heath issues. The National Geospatial Agency Police found out about my ancestry and ethnic descent and they have been saying racial things to me about my race and skin color. I have been discriminated against based on my racial background. They found out who was in my ancestry line and they have been harassing me at work and my home in various forms of harassment which will be explained in detail along with the events.

3.  I want Fairfax County Circuit Court to hear my lawsuit case against the National Geospatial Agency and the NGA Police Department for Racial Discrimination, Ethnic descent and Skin Color Discrimination, Physical features, Employment Harassment, Civil Harassment, Defamation of Character, Malicious Prosecution (Facial Recognition and Camera Surveillance), Sexual Harassment, Wrongful Termination, Whistle Blower, and Personal Injury- Emotional Harm and Distress. I want to file a lawsuit in Fairfax County Circuit Court for $500,000,000 ($500 million dollars) against the National Geospatial Agency in Springfield, VA. Address: 7500 GEOINT Drive, Springfield, VA 22150.

Kamilah Williams
7911 Westpark Drive, Apt 915, Mclean, VA 22150
703-477-4273
Kamilahva@gmail.com